UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

BRIDGETTE C. POINDEXTER,

       Debtor(s).

Minnesota Department of Employment
and Economic Development,

       Plaintiff(s),

vs.

Bridgette C. Poindexter,

       Defendant(s).

**SCHEDULING ORDER**

BKY NO. 09-35966

ADV NO. 09-3195

       This matter came before the Court on its own initiative. The proceeding commencing this case was filed on November 18, 2009.

       **IT IS ORDERED:**

1. All discovery shall be concluded no later than March 22, 2010, unless an extension is granted upon motion to the Court. **DISCOVERY REQUESTS ARE TO BE LIBERALLY CONSTRUED. COUNSEL SHALL NOT MANIPULATE THE DISCOVERY RULES SO AS TO HINDER, IMPEDE OR OBSTRUCT LEGITIMATE, REASONABLE DISCOVERY REQUESTS. HOWEVER, COUNSEL SHALL NOT USE THE DISCOVERY PROCESS TO HARASS, EITHER BY SEEKING INFORMATION WHOLLY UNRELATED TO THE CAUSE OF ACTION UNDER CONSIDERATION, OR OTHERWISE. SANCTIONS WILL BE IMPOSED UPON A PARTY AND COUNSEL WHO ARE FOUND TO HAVE ABUSED OR MISUSED DISCOVERY. SANCTIONS WILL BE IMPOSED IN THE MINIMUM AMOUNT OF $500.00, AND MAY BE IMPOSED IN AMOUNTS OF $1,000.00 OR MORE. ALL DISCOVERY DISPUTES WHICH REQUIRE JUDICIAL RESOLUTION WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

2. All nondispositive motions, including motions relating to discovery, shall be filed on or before March 22, 2010.

3. All dispositive motions shall be filed on or before April 21, 2010.

4. Motions not filed by dates fixed shall not be heard.

5. Case will be considered "ready for trial" on expiration of dispositive motion period. The trial will be scheduled for one half day unless a written request for a longer trial is made, with explanation, in advance of the deadline for dispositive motions.

6. A pretrial will not be scheduled unless a written request is made, with explanation, by either party in advance of the deadline for dispositive motions.

7. Upon settlement, each party has an independent obligation and shall notify the calendar clerk, within 24 hours after a settlement agreement has been reached. Unless the Court orders otherwise, <u>the settlement documents shall be filed within ten (10) days after oral notice of the settlement</u>.

8. The dates fixed in this order are mandatory. Deadlines shall not be extended except on motion and for good cause.

9. Fed. R. Civ.P. 26(a)(1), (a)(2), (a)(3) and (f) do not apply in this proceeding.

Dated: January 19, 2010

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

```
NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on  1/19/10

Lori Vosejpka, Clerk By   NAB
```